In the Matter of the ESTATE OF LOUISE WRIGHT, Appellant, v CITY OF ROCHESTER et al., Respondents, et al., Defendants.

Submitted June 7, 2010; decided July 1, 2010

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine an action or proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine an action or proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

---

SHAWN GREEN, Appellant, v STATE OF NEW YORK, Respondent.

Submitted May 24, 2010; decided July 1, 2010

Motion for reargument of motion for leave to appeal denied [see 14 NY3d 793 (2010)].

---

GEORGE HEATH, Appellant, v JOHN S. WOJTOWICZ et al., Respondents.

Submitted May 24, 2010; decided July 1, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Chief Judge LIPPMAN taking no part.